IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY GAY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **08-059-DRH** |
| **KRISTIN KWASNIEWSKI HAMMERSLY, and GRACE HART,** | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion for Sanctions and to Comply with Deposition. **(Doc. 33).**

Plaintiff served a Notice of Deposition Upon Written Questions on defendant Hammersly. He seeks sanctions against her and an order compelling her to respond to the questions.

Plaintiff's motion overlooks the fact that defendant served timely objections, as is noted in her response, **Doc. 34.** It is possible that plaintiff mailed his motion before he received defendant's objections. In any event, the objections are well-taken, as plaintiff's Notice does not comply with Fed.R.Civ.P. 31.

The court also notes that plaintiff suggests that his motion for appointment of counsel has not been ruled on. On the contrary, the motion was denied at **Doc. 14.**

For the foregoing reasons, plaintiff's Motion for Sanctions and to Comply with Deposition **(Doc. 33)** is **DENIED**.

1

The clerk of court is directed to mail another copy of **Doc. 14** to plaintiff.

**IT IS SO ORDERED.**

**DATE:  August 26, 2008.**


                    **s/ Clifford J. Proud**
                    **CLIFFORD J. PROUD**
                    **UNITED STATES MAGISTRATE JUDGE**